1  Vincent P. Hurley #111215
   Susan K. Blitch #187761
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendant
6  CITY OF GONZALES, OFFICER LOMBARDI,
   OFFICER C. AYALA, OFFICER SERGEANT K. WISE,
7  and OFFICER SIBAYAN

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13 HENRY MEZA, an individual, and           )   Case No. C-06-03745 JF (HRL)
   JUVENTINA RAMIREZ, an individual,        )
14                                          )   **STIPULATION TO EXTEND**
                     Plaintiff(s),          )   **DEADLINE IN WHICH TO**
15                                          )   **COMPLETE ENE PROCESS AND**
        vs.                                 )   [~~PROPOSED~~] **ORDER THEREON**
16                                          )
                                            )
17 CITY OF GONZALES, a municipal            )
   corporation, OFFICER LOMBARDI, an        )
18 individual, OFFICER C. AYALA, an         )
   individual; OFFICER SERGEANT K.          )
19 WISE, an individual; OFFICER SIBAYAN,    )
   an individual; and DOES 1 through 50,    )
20 inclusive                                )
                                            )
21                   Defendant(s).          )
                                            )
22

23      IT IS STIPULATED by and between Plaintiffs, HENRY MEZA and JUVENTINA

24 RAMIREZ, and Defendants, CITY OF GONZALES, OFFICER LOMBARDI, OFFICER C.

25 AYALA, OFFICER SERGEANT K. WISE, and OFFICER SIBAYAN, as follows:

26      On August 28, 2006, the Court referred the above-referenced matter to early neutral

27 evaluation. Accordingly, the deadline to complete the early neutral evaluation is set for

28 November 27, 2006.

1

1. Upon completing the initial ENE telephone conference, it became apparent to all parties involved that for a meaningful ENE process to take place further investigation and discovery need to take place, requiring an extension of the ENE deadline.  More specifically, Plaintiffs desire discovery of various police personnel files, which may involve issues concerning a protective order or possible *in-camer*a review by the Court.  Additionally, one of the primary issues in this case is causation concerning Plaintiff's claim of a loss of twin fetuses.  At the least, medical records will need to be obtained before a meaningful ENE process can take place.

Accordingly, the parties stipulate and respectfully request that the Court grant a continuance of 90 days until February 26, 2007 in which to complete the ENE process.

The parties believe by that time that they will be better able to evaluate the merits of the case.

IT IS SO STIPULATED.

Dated: October 19, 2006

        LAW OFFICES OF VINCENT P. HURLEY
        A Professional Corporation

        By:       /s/
        SUSAN K. BLITCH
        Attorneys for Defendants CITY OF GONZALES, OFFICER LOMBARDI, OFFICER C. AYALA, OFFICER SERGEANT K. WISE, and OFFICER SIBAYAN

Dated: October 19, 2006

        SCHAUMAN & HUBINS

        By:       /s/
        WILLIAM F. SCHAUMAN
        Attorneys for Plaintiffs HENRY MEZA and JUVENTINA RAMIREZ

**ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, it is ordered as follows:

The deadline in which to complete early neutral evaluation in this case is hereby extended from November 26, 2006 to February 26, 2007.

Dated: 10/24/06

THE HONORABLE JEREMY FOGEL
Judge of the United States District Court for the Northern District of California