**E-filed 3/8/07**

Vincent P. Hurley #111215
Douglas F. Young, # 84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone:  (831) 661-4800
Facsimile:  (831) 661-4804

Attorneys for Defendant
CITY OF GONZALES, OFFICER LOMBARDI,
OFFICER C. AYALA, OFFICER SERGEANT K. WISE,
and OFFICER SIBAYAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY MEZA, an individual, and JUVENTINA RAMIREZ, an individual, <br><br>    Plaintiff(**s**), <br><br> vs. <br><br> CITY OF GONZALES, a municipal corporation, OFFICER LOMBARDI, an individual, OFFICER C. AYALA, an individual; OFFICER SERGEANT K. WISE, an individual; OFFICER SIBAYAN, an individual; and DOES 1 through 50, inclusive <br><br>    Defendant(**s**). | Case No. C-06-03745 JF (HRL) <br><br> **STIPULATION TO EXTEND DEADLINE FOR COMPLETION OF ENE PROCESS AND [PROPOSED] ORDER THEREON** |

    IT IS STIPULATED by and between Plaintiffs, HENRY MEZA and JUVENTINA RAMIREZ, and Defendants, CITY OF GONZALES, OFFICER LOMBARDI, OFFICER C. AYALA, OFFICER SERGEANT K. WISE, and OFFICER SIBAYAN, as follows:

    On August 28, 2006, the Court referred the above-referenced matter to early neutral evaluation.  By previous stipulation and order, the date for completion of the early neutral evaluation was extended to February 26, 2007.

1   The medical records related to the claims of Plaintiffs were received but could not
2   evaluated by Defendants within the time allotted for completion of the ENE.  Further, there
3   remains a dispute between the parties as to the discoverability and admissibility of certain of
4   Defendants' police personnel records, including the preparation by counsel for defendants of a
5   detailed and comprehensive privilege log.  The parties are working diligently to narrow the
6   dispute and to craft a protective order for those remaining documents that are agreed to be
7   available to plaintiffs.  The parties have obtained the agreement of Early Neutral Evaluator
8   Anthony Boskovich to extend the deadline, and have secured from him several dates before
9   March 30, 2007 on which to complete the ENE process.
10   Accordingly, the parties stipulate and respectfully request that the Court extend the
11  deadline for completion of the ENE process until March 30, 2007,
12   The parties believe by that time that they will be better able to evaluate the merits of the
13  case.
14   IT IS SO STIPULATED.
15  Dated:  March 7, 2007

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By:  _____/s/_____
        VINCENT P. HURLEY
Attorneys for Defendants CITY OF GONZALES,
OFFICER LOMBARDI, OFFICER C. AYALA,
OFFICER SERGEANT K. WISE, and OFFICER
SIBAYAN

Dated:  March 7, 2007

SCHAUMAN & HUBINS

By:  _____/s/_____
        WILLIAM F. SCHAUMAN
Attorneys for Plaintiffs HENRY MEZA and
JUVENTINA RAMIREZ

1 **ORDER**

2   Based on the stipulation of the parties, and good cause appearing therefore, it is ordered

3 as follows:

4   The deadline in which to complete early neutral evaluation in this case is hereby

5 extended from February 26, 2007, to March 30, 2007.

6

7 Dated:   3/8/07

8

9   _____
      THE HONORABLE JEREMY FOGEL
10    Judge of the United States District Court for the
      Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3