Vincent P. Hurley #111215
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendants
CITY OF GONZALES, OFFICER LOMBARDI, OFFICER C. AYALA,
SERGEANT K. WISE, and OFFICER SIBAYAN

*efiled 1/23/08

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HENRY MEZA, an individual, and JUVENTINA RAMIREZ, an individual, <br><br> Plaintiff(**s**), <br><br> vs. <br><br> CITY OF GONZALES, a municipal corporation, OFFICER LOMBARDI, an individual, OFFICER C. AYALA, an individual; OFFICER SERGEANT K. WISE, an individual; OFFICER SIBAYAN, an individual; and DOES 1 through 50, inclusive <br><br> Defendant(**s**). | Case No. C-06-03745 JF (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING EXPERT WITNESS DISCOVERY CUT-OFF DATES** <br><br> Pretrial Conference: March 8, 2008 <br> Trial: March 14, 2008 <br> Courtroom 3, 5th Floor <br> The Honorable Jeremy Fogel |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that:

(1) The expert designation and disclosure cut-off date, currently set for December 14, 2007, be continued to January 31, 2008;

(2) The rebuttal expert date, currently set for December 28, 2007, be continued to February 14, 2008;

1

Stip & [Proposed] Order Cont. Ex. Wit Disc. Cut-Off Dates     Case No. C-06-03745 JF (HRL)

1    (3)    The expert discovery cut-off date, currently set for February 14, 2008, is continued to February 22, 2008.

Good cause exists for a continuance of the expert designation date and disclosure of reports in this case based on the following:

Federal Rule of Civil Procedure 26(a)(2)(B) and Rule 26 (a)(4)(A) provide that the parties may stipulate to reschedule the expert discovery cut off, and expert depositions must be taken after disclosure of expert reports. Health care providers that have rendered opinions relative to this matter will need to be deposed before the various experts in this case can prepare their reports. Those depositions are not currently scheduled because the parties need to first receive a full and complete copy of the entire medical records from Natividad Hospital which did not provide a complete record. In addition, Defendants' Motion for Summary Judgment will be heard February 8, 2008, and it will be beneficial to the parties to have a determination of that hearing before the expense of expert depositions.

There have been no modifications to the Court's Scheduling Order in this case. Other than continuing the dates that are subject to the stipulation, the requested continuance will have no impact on the schedule for the case.

Dated: January 16, 2008

LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation

By:    /s/ Vincent P. Hurley
       VINCENT P. HURLEY
Attorneys for Defendants CITY OF GONZALES, OFFICER LOMBARDI, OFFICER C. AYALA, OFFICER SERGEANT K. WISE, and OFFICER SIBAYAN

Dated: January 16, 2008

SCHAUMAN & HUBINS

By:    /s/ William F. Schauman
       WILLIAM F. SCHAUMAN
Attorneys for Plaintiffs HENRY MEZA and JUVENTINA RAMIREZ

2

Stip & [Proposed] Order Cont. Ex. Wit Disc. Cut-Off Dates     Case No. C-06-03745 JF (HRL)

1
2  IT IS SO ORDERED.
3
4  Dated: 1/18/08
5
6
                                    _____
7                                   The Honorable Jeremy Fogel
                                    Judge of the District Court for the
8                                   Northern District of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28