\*\*E-filed 2/22/08\*\*

1  Vincent P. Hurley #111215
   Douglas F. Young #84531
2  LAW OFFICES OF VINCENT P. HURLEY
   A Professional Corporation
3  38 Seascape Village
   Aptos, California 95003
4  Telephone: (831) 661-4800
   Facsimile: (831) 661-4804
5
   Attorneys for Defendants
6  CITY OF GONZALES, OFFICER LOMBARDI, OFFICER C. AYALA,
   SERGEANT K. WISE, and OFFICER SIBAYAN
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

| | |
|---|---|
| HENRY MEZA, an individual, and JUVENTINA RAMIREZ, an individual, | Case No. C-06-03745 JF (HRL) |
| Plaintiff(**s**), | **STIPULATION FOR DISMISSAL BY PLAINTIFFS, HENRY MEZA AND JUVENTINA RAMIREZ** |
| vs. | [Fed. R. Civ. Proc. 41(a)(1)(ii)] |
| CITY OF GONZALES, a municipal corporation, OFFICER LOMBARDI, an individual, OFFICER C. AYALA, an individual; OFFICER SERGEANT K. WISE, an individual; OFFICER SIBAYAN, an individual; and DOES 1 through 50, inclusive | Pretrial Conference: March 8, 2008<br>Trial: March 14, 2008<br>Courtroom 3, 5th Floor<br>The Honorable Jeremy Fogel |
| Defendant(**s**). | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that:

In consideration of a waiver of all costs and attorneys fees incurred by any party, Plaintiffs, HENRY MEZA and JUVENTINA RAMIREZ and Defendants, CITY OF GONZALES, FRED LOMBARDI (sued herein as "Officer Lombardi"), CHANNEY AYALA (sued herein as "Officer Ayala"), KEITH WISE (sued herein as "Sergeant K. Wise"); and JEFFREY SIBAYAN (sued herein as "Officer Sibayan") hereby stipulate to dismissal with

1

1 prejudice of the entire action with each party to bear his or her own attorneys' fees and costs
2 and expenses of litigation.

Dated: February 19, 2008

                                           LAW OFFICES OF VINCENT P. HURLEY
                                           A Professional Corporation

                                           By:    /s/ Vincent P. Hurley
                                                        VINCENT P. HURLEY
                                           Attorneys for Defendants CITY OF GONZALES,
                                           OFFICER LOMBARDI, OFFICER C. AYALA,
                                           OFFICER SERGEANT K. WISE, and OFFICER
                                           SIBAYAN

Dated: February 19, 2008

                                           SCHAUMAN & HUBINS

                                           By:    /s/ William F. Schauman
                                                        WILLIAM F. SCHAUMAN
                                           Attorneys for Plaintiffs HENRY MEZA and
                                           JUVENTINA RAMIREZ

2/22/08 IT IS SO ORDERED.

*[signature]*

US District Court Judge Jeremy Fogel